# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Christopher B. Craig of O'Melveny & Myers LLP, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of defendants AEGON USA LLC, Transamerica Financial Life Insurance Company, Transamerica Retirement Solutions Corporation, Kirk Buese, Ralph Arnold, Ken Klinger, Mary Taiber, and Diane Meiners. Attorney Craig states that he is a member of good standing of the bar of the highest court of the state of California, and he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

      Attorney Craig further states he will comply with the associate counsel requirements of Local Rule 83.1.d.4 by associating with Wilford H. Stone of Lynch Dallas, P.C., a lawyer who has been admitted to the bar of this district under Local Rule 83.1.b and c and who has entered an appearance in this case on April 10, 2015.

A certificate of good standing required by Administrative Order No. 10-AO-4-P is attached hereto.

Dated: April 10, 2015         By: */s/ Christopher B. Craig*
                                  Christopher B. Craig

                                  O'MELVENY & MYERS LLP
                                  400 South Hope Street
                                  Los Angeles, California 90071-2899
                                  Telephone:    (213) 430-6000
                                  Facsimile:    (213) 430-6407
                                  E-mail:       christophercraig@omm.com

Dated: April 10, 2015         By: */s/Wilford H. Stone*
                                  Wilford H. Stone

                                  LYNCH DALLAS, P.C.
                                  526 Second Avenue SE
                                  Cedar Rapids, Iowa 52401
                                  Telephone:    (319) 365-9101
                                  Facsimile:    (319) 365-9512
                                  E-mail:       wstone@lynchdallas.com

                                  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

  I certify that on April 10, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

 Brad J. Brady
 Brady & O'Shea P.C.
 2735 First Avenue SE, Suite 205
 Cedar Rapids, IA 52402
 Email:  bbrady@bradyoshea.com

  I also certify that on April 10, 2015, I served the foregoing document upon the following persons by electronic notice pursuant to Federal Rule of Civil Procedure 5(b):

 Brendan S. Maher
 Stris and Maher LLP
 725 South Figueroa Street, Suite 1830
 Los Angeles, CA 90017
 Email:  brendan.maher@strismaher.com

 Peter K. Stris
 Stris and Maher LLP
 725 South Figueroa Street, Suite 1830
 Los Angeles, CA 90017
 Email:  peter.stris@strismaher.com

 Victor A. O'Connell
 Stris and Maher LLP
 725 South Figueroa Street, Suite 1830
 Los Angeles, CA 90017
 Email:  victor.oconnell@strismaher.com

            By: */s/Wilford H. Stone*
               Wilford H. Stone