# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Brittney Lane of O'Melveny & Myers LLP, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of defendants AEGON USA LLC, Transamerica Financial Life Insurance Company, Transamerica Retirement Solutions Corporation, Kirk Buese, Ralph Arnold, Ken Klinger, Mary Taiber, and Diane Meiners. Attorney Lane states that she is a member of good standing of the bar of the highest court of the state of California, and she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her *pro hac vice* representation in this case.

Attorney Lane further states she will comply with the associate counsel requirements of Local Rule 83.1.d.4 by associating with Wilford H. Stone of Lynch Dallas, P.C., a lawyer who has been admitted to the bar of this district under Local Rule 83.1.b and c and who has entered an appearance in this case on April 10, 2015.

A certificate of good standing required by Administrative Order No. 10-AO-4-P is attached hereto.

Dated: April 10, 2015  By: */s/ Brittney Lane*
Brittney Lane

O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: blane@omm.com


Dated: April 10, 2015  By: */s/Wilford H. Stone*
Wilford H. Stone

LYNCH DALLAS, P.C.
526 Second Avenue SE
Cedar Rapids, Iowa 52401
Telephone: (319) 365-9101
Facsimile: (319) 365-9512
E-mail: wstone@lynchdallas.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

    I certify that on April 10, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Brad J. Brady
    Brady & O'Shea P.C.
    2735 First Avenue SE, Suite 205
    Cedar Rapids, IA 52402
    Email:    bbrady@bradyoshea.com

    I also certify that on April 10, 2015, I served the foregoing document upon the following persons by electronic notice pursuant to Federal Rule of Civil Procedure 5(b):

    Brendan S. Maher
    Stris and Maher LLP
    725 South Figueroa Street, Suite 1830
    Los Angeles, CA 90017
    Email:    brendan.maher@strismaher.com

    Peter K. Stris
    Stris and Maher LLP
    725 South Figueroa Street, Suite 1830
    Los Angeles, CA 90017
    Email:    peter.stris@strismaher.com

    Victor A. O'Connell
    Stris and Maher LLP
    725 South Figueroa Street, Suite 1830
    Los Angeles, CA 90017
    Email:    victor.oconnell@strismaher.com

    By:  */s/Wilford H. Stone*
          Wilford H. Stone