IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| LEQUITA DENNARD, on behalf of Herself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | Case No. 15-CV-30-EJM<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    JAMES L. KAUFFMAN, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of LEQUITA DENNARD. JAMES L. KAUFFMAN states that he is a member in good standing of the bar of the United States District Court for the State of Florida, an insular possession of the United States, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

    JAMES L. KAUFFMAN further states he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Brad J. Brady, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case on behalf of the Plaintiff on April 9, 2015.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

Dated:  April 15, 2015                                    */s/ James L. Kauffman*
                                                         James L. Kauffman
                                                         BAILEY & GLASSER, LLP
                                                         910 17th Street NW, Suite 800
                                                         Washington, DC  20006
                                                         Telephone: 202-463-2101
                                                         Facsimile:  202-463-2103
                                                         jkauffman@baileyglasser.com


Dated:  April 15, 2015                                    */s/ Brad J. Brady*
                                                         Brad J. Brady, AT0001138
                                                         BRADY PRESTON BROWN PC
                                                         2735 1st Avenue SE
                                                         Cedar Rapids, IA 52402
                                                         Telephone: 319/866-9277
                                                         Facsimile:  319/866-9280
                                                         bbrady@bradyprestonbrown.com

                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Wilford H. Stone
LYNCH DALLAS, P.C.
526 Second Avenue SE
Cedar Rapids, IA  52401

Brendan S. Maher
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Peter K. Stris
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Victor A. O'Connell
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC  20006-4001

Christopher B. Craig
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Brittney Lane
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

*/s/ Brad J. Brady*
Brad J. Brady



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida )

County of Leon )

In Re: 12915
James Lawrence Kauffman
1327 S. Carolina Ave., S.E.
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 14, 2005.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 20th day of March, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/CL:ksw3:R10