IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| LEQUITA DENNARD, on behalf of Herself and algl others similarly situated,<br><br>   Plaintiff(s),<br><br>vs.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>   Defendant(s). | Case No. 15-CV-30-EJM<br><br>MOTION FOR ADMISSION PRO HAC VICE |

  GABRIEL F. SIEGLE, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of LEQUITA DENNARD. GABRIEL F. SIEGLE states that he is a member in good standing of the bar of the United States District Court for the District of Columbia, an insular possession of the United States, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

  GABRIEL F. SIEGLE further states he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Brad J. Brady, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case on behalf of the Plaintiff on April 9, 2015.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

Dated: April 15, 2015 */s/ Gabriel F. Siegle*
Gabriel F. Siegle
BAILEY & GLASSER, LLP
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: 202-463-2101
Facsimile: 202-463-2103
gsiegle@baileyglasser.com

Dated: April 15, 2015 */s/ Brad J. Brady*
Brad J. Brady, AT0001138
BRADY PRESTON BROWN PC
2735 1st Avenue SE
Cedar Rapids, IA 52402
Telephone: 319/866-9277
Facsimile: 319/866-9280
bbrady@bradyprestonbrown.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Wilford H. Stone
LYNCH DALLAS, P.C.
526 Second Avenue SE
Cedar Rapids, IA  52401

Brendan S. Maher
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Peter K. Stris
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Victor A. O'Connell
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA  90017

Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC  20006-4001

Christopher B. Craig
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Brittney Lane
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899

*/s/ Brad J. Brady*
Brad J. Brady



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## GABRIEL FRANK SIEGLE

was on **JANUARY 6, 2012** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **APRIL 14, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk