**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

Lequita Dennard,

        Plaintiff(s),

vs.

AEGON USA LLC; TRANSAMERICA
FINANCIAL LIFE; INSURANCE
COMPANY; TRANSAMERICA
RETIREMENT SOLUTIONS
CORPORATION; KIRK BUESE;
RALPH ARNOLD; KEN
KLINGER; MARY TAIBER; DIANE
MEINERS; and DOES 1 through 10,
inclusive,

        Defendant(s).

No.  1:15-cv-00030-EJM

**MOTION FOR ADMISSION
PRO HAC VICE**

_____

       Peter K. Stris, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Lequita Dennard.  Peter K. Stris states that he is a member in good standing of the bar of the highest court of the state of California (and in other courts identified on the attached sheet), and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

       Peter K. Stris further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Brad J. Brady, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

       ***The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.***

Peter K. Stris
Stris & Maher LLP
725 S. Figueroa St., Suite 1830
Los Angeles, CA 90017
Tel: (213) 995-6800
Fax: (213) 261-0299
peter.stris@strismaher.com

# PETER K. STRIS
## LIST OF BAR MEMBERSHIPS

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| U.S. Supreme Court | 255478 | 5/23/2005 | Active |
| U.S. Court of Appeals, First Circuit | 1166335 | 10/09/2014 | Active |
| U.S. Court of Appeals, Second Circuit | N/A | 12/13/2011 | Active |
| U.S. Court of Appeals, Third Circuit | N/A | 7/14/2014 | Active |
| U.S. Court of Appeals, Fourth Circuit | N/A | 4/7/2010 | Active |
| U.S. Court of Appeals, Fifth Circuit | N/A | 5/17/2011 | Active |
| U.S. Court of Appeals, Eighth Circuit | 03-0357 | 7/3/2003 | Active |
| U.S. Court of Appeals, Ninth Circuit | N/A | 10/15/2001 | Active |
| U.S. Court of Appeals, Eleventh Circuit | N/A | 5/16/2014 | Active |
| U.S. Court of Appeals, Federal Circuit | N/A | 7/7/2003 | Active |
| U.S. District Court, Northern District of CA | N/A | 3/1/2002 | Active |
| U.S. District Court, Eastern District of CA | N/A | 4/25/2002 | Active |
| U.S. District Court, Southern District of CA | N/A | 3/4/2002 | Active |
| U.S. District Court, Central District of CA | N/A | 2/21/2002 | Active |
| U.S. District Court, Western District of NY | N/A | 2/21/2002 | Active |
| U.S. District Court, Southern District of NY | N/A | 12/21/2001 | Active |
| New York – all state courts | 3975141 | 10/4/2001 | Active |
| California – all state courts | 216226 | 12/3/2001 | Active |