IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| Lequita Dennard,<br><br>       Plaintiff(s),<br><br>vs.<br><br>AEGON USA LLC; TRANSAMERICA FINANCIAL LIFE; INSURANCE COMPANY; TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION; KIRK BUESE; RALPH ARNOLD; KEN KLINGER; MARY TAIBER; DIANE MEINERS; and DOES 1 through 10, inclusive,<br><br>       Defendant(s). | No. 1:15-cv-00030-EJM<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Dana Berkowitz, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Lequita Dennard. Dana Berkowitz states that she is a member in good standing of the bar of the highest court of the state of New York; the Fifth and Ninth Circuits; and the Southern District of New York, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

      Dana Berkowitz further states that she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Brad J. Brady, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

      *The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

*Dana Berkowitz*
_____
Dana Berkowitz
Stris & Maher LLP
725 S. Figueroa St., Suite 1830
Los Angeles, CA 90017
Tel: (213) 995-6800
Fax: (213) 261-0299
dana.berkowitz@strismaher.com