UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGON USA LLC, *et al.*,<br><br>Defendants. | 1:15-cv-00030-EJM/JSS |
| PHILIP A. KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGON USA LLC, *et al.*,<br><br>Defendants. | 1:15-cv-00031-EJM/JSS |

## ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS

Having considered Lequita Dennard's ("Dennard") Motion for Consolidation (Dkt. No. 50 in the *Dennard* action) and Philip A. Kramer's ("Kramer") Motion for Consolidation (Dkt. No. 11 in the *Kramer* action), all papers filed in support, and having no papers filed in opposition, and good cause appearing therefore, the Court HEREBY ORDERS:

1. The following actions are hereby consolidated for all purposes:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dennard v. Aegon USA LLC* | 1:15-cv-00030-EJM/JSS | April 3, 2015 |
| *Kramer v. Aegon USA LLC* | 1:15-cv-00031-EJM/JSS | April 7, 2015 |

2. The two above captioned cases are hereby consolidated under *Dennard v. Aegon USA LLC*, 1:15-cv-00030-EJM/JSS and the parties shall file future pleadings in these consolidated actions accordingly.

3. Within seven (7) days of the entry of this order, plaintiffs shall file an amended complaint in *Dennard v. Aegon USA LLC*, 1:15-cv-00030-EJM/JSS which adds the plaintiff in *Kramer v. Aegon USA LLC*, 1:15-cv-00031-EJM/JSS as a plaintiff and proposed class representative in *Dennard*. Simultaneously therewith, plaintiffs shall submit a proposed order dismissing the *Kramer* action without prejudice.

4. To the extent that plaintiffs are granted leave to amend the consolidated complaint to include claims for relief set forth in *Kramer* (but which are not currently set forth in *Dennard*), the claims shall be deemed to relate back at least to the date on which such claims were first included in the *Kramer* complaint.

5. Any other actions now pending or hereafter filed in or transferred to this Court which arise out of the same facts as alleged in the above-identified cases shall be consolidated for all purposes if and when they are drawn to the Court's attention by the filing of a Notice of Related Case.

IT IS SO ORDERED

Dated this 29th day of July, 2015

_____
JON S. SCOLES
CHIEF MAGISTRATE JUDGE
UNITED STATESTRICT COURT
NORTHERN DISTRICT OF IOWA