IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>v.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br>**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT I OF THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. McManus<br>Magistrate: Hon. Jon S. Scoles<br><br>ORAL ARGUMENT REQUESTED |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time appointed by the above-entitled Court, located at 111 Seventh Avenue SE Cedar Rapids, Iowa 52401-2101, before the Honorable Edward J. McManus, defendants in the above-captioned action will and hereby do move the Court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(c), because Count I of the Second Amended Complaint fails to state a claim upon which relief can be granted. Defendants also respectfully request that the Court set oral argument on this motion, in order to assist the Court with any questions about the issues in this dispute.

This Motion for Judgment on the Pleadings on Count I of the Second Amended Complaint ("Motion") is based on the pleadings filed in this action, this Notice of Motion, the

1

concurrently-filed Memorandum of Points and Authorities and Declaration of Catalina J. Vergara in Support of the Motion, any reply brief filed in support of the Motion, and upon such other evidence and oral argument as may be received by the Court.

Dated:  November 23, 2015

By:   /s/ Wilford H. Stone
Wilford H. Stone
LYNCH DALLAS, P.C.
526 Second Avenue SE
Cedar Rapids, Iowa  52401
Telephone:  (319) 365-9101
Facsimile:  (319) 365-9512
E-mail:  wstone@lynchdallas.com

By:   /s/ Brian D. Boyle
Brian D. Boyle (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email:  bboyle@omm.com

Catalina J. Vergara (*Pro Hac Vice*)
Christopher Craig (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-mail:  cvergara@omm.com
E-mail:  christophercraig@omm.com

*Attorneys for Defendants*