**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

LEQUITA DENNARD, JOHN GULO,
TERRANCE LAVELA, KATHRYN A.
SEDLACEK, HENRY D. SCHMOLL, and
PHILIP A. KRAMER,

              Plaintiffs,

      vs.

AEGON USA LLC; TRANSAMERICA
FINANCIAL LIFE INSURANCE
COMPANY; TRANSAMERICA
RETIREMENT SOLUTIONS
CORPORATION; KIRK BUESE; RALPH
ARNOLD; KEN KLINGER; MARY
TAIBER; DIANE MEINERS; and DOES 1
through 10, inclusive,

              Defendants.

**No. 1:15-cv-00030-EJM**

**JOINT NOTIFICATION OF
SETTLEMENT AND MOTION TO
VACATE CALENDAR DATES AND
STAY ACTION PENDING APPROVAL**

**<u>EXPEDITED RELIEF REQUESTED</u>**

---

Plaintiffs Lequita Dennard and Philip A. Kramer ("Plaintiffs") and Defendants Aegon USA

LLC, Transamerica Financial Life Insurance Company, Transamerica Retirement Solutions

Corporation, Kirk Buese, Ralph Arnold, Ken Klinger, Mary Taiber and Diane Meiners

("Defendants"), notify the Court that they have reached a preliminary agreement to settle this

action on a class-wide basis and request that the Court vacate all dates and deadlines now on the

calendar, including Plaintiffs' February 15, 2016 deadline to respond to Defendants' pending

Motion for Judgment on the Pleadings on Count I of the Second Amended Complaint and

Defendants' Motion for Summary Judgment on Count II of the Second Amended Complaint. In

support of this motion, the parties state:

1

1.     The parties have reached an agreement, subject to court approval, to settle this action on a class-wide basis.

2.     The parties expect that a motion for preliminary approval of the settlement agreement and for class certification will be filed on or before March 15, 2016.

3.     The parties request that the Court vacate all dates and deadlines now on the calendar, including Plaintiffs' February 15, 2016 deadline to respond to Defendants' pending Motion for Judgment on the Pleadings on Count I of the Second Amended Complaint and Defendants' Motion for Summary Judgment on Count II of the Second Amended Complaint, and stay further proceedings in this action pending consideration by the Court of motions to approve the settlement agreement and certify the class.

4.     Pursuant to LR 7(k), the parties advise the Court that the deadline for Plaintiffs to respond to Defendants' pending Motion for Judgment on the Pleadings on Count I of the Second Amended Complaint and Defendants' Motion for Summary Judgment on Count II of the Second Amended Complaint is February 15, 2016, and that the deadline was extended on one previous occasion at Plaintiffs' request.

5.     Pursuant to LR 7(k), the parties further advise the Court that, as set out in the Court's July 29, 2015 Scheduling Order and Discovery Plan, the other existing court-imposed deadlines in this case are:

a.     Deadline for completion of fact discovery:  **August 31, 2016**

b.     Deadline for submission of parties' opening expert witness reports:  **October 14, 2016**

c.     Deadline for Plaintiffs' motion to certify a class and any expert report(s) in support of class certification:  **October 14, 2016**

2

d.  Deadline for Defendants' opposition to class certification and any class certification opposition expert report: **December 15, 2016**

e.  Deadline for disclosure of merits expert reports: **January 13, 2017**

f.  Deadline for Plaintiffs' reply memorandum on class certification: **January 23, 2017**

g.  Deadline for disclosure of rebuttal expert reports: **February 24, 2017**

h.  Dispositive motions deadline: **TBD**.

i.  Trial Ready Date: **TBD**.

WHEREFORE, the parties jointly notify the Court of the settlement of this action and request that the Court vacate all dates and deadlines now on the calendar, including Plaintiffs' February 15, 2016 deadline to respond to Defendants' pending Motion for Judgment on the Pleadings on Count I of the Second Amended Complaint and Defendants' Motion for Summary Judgment on Count II of the Second Amended Complaint, and stay further proceedings in this action pending consideration by the Court of motions to approve the settlement agreement and certify the class.


*/s/ Brian D. Boyle*
Brian D. Boyle
**O'Melveny and Myers LLP**
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
bboyle@omm.com

*/s/ Todd M. Schneider*
Todd M. Schneider
Mark T. Johnson
Kyle G. Bates
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

3

_/s/ Catalina J. Vergara_
Catalina J. Vergara
Brittney M. Lane
Christopher B. Craig
**O'Melveny and Myers LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
cvergara@omm.com
blane@omm.com
christophercraig@omm.com

_/s/ Wilford H. Stone_
Wilford H. Stone
**Lynch Dallas, PC**
526 Second Avenue, SE
P.O. Box 2457
Cedar Rapids, IA 52406
Telephone: (319) 365-9101
Facsimile: (319) 365-9512
wstone@lynchdallas.com

***ATTORNEYS FOR DEFENDANTS***

_/s/ Gregory Y. Porter_
Gregory Y. Porter
James L. Kauffman
Gabriel F. Siegle
**Bailey & Glasser, LLP**
1054 31st Street NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
gsiegle@baileyglasser.com
jkauffman@baileyglasser.com

_/s/ Garrett W. Wotkyns_
Garrett W. Wotkyns
Michael C. McKay
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
Facsimile : (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

_/s/ J. Barton Goplerud_
J. Barton Goplerud, IA Bar AT0002983
**HUDSON MALLANEY SHINDLER &
ANDERSON PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile : (515) 223-8887
jbgoplerud@hudsonlaw.net

_/s/ Todd S. Collins_
Todd S. Collins
Shanon J. Carson
**BERGER &MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (800) 424-6690
Facsimile: (215) 875-4604
tcollins@bm.net
scarson@bm.net

*/s/ Brad J. Brady*

Brad J. Brady

**Brady PRESTON BROWN PC**

2735 First Avenue SE

Cedar Rapids, IA 52402

Telephone: (319) 866-9277

Facsimile: (319) 866-9280

bbrady@bradyprestonbrown.com

*/s/ Peter K. Stris*

Peter K. Stris

Brendan S. Maher

Victor A. O'Connell

Dana Berkowitz

**Stris and Maher LLP**

725 South Figueroa Street, Suite 1830

Los Angeles, CA 90017

Telephone: 213-995-6800

Facsimile: 213-261-0299

peter.stris@strismaher.com

brendan.maher@strismaher.com

victor.oconnell@strismaher.com

dana.berkowitz@strismaher.com

***ATTORNEYS FOR PLAINTIFFS***