# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, *et al.*, | |
| Plaintiffs, | No. C15-0030 |
| vs. | ORDER EXTENDING DEADLINE |
| AEGON USA LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Joint Notification of Settlement and Motion to Vacate Calendar Dates and Stay Action Pending Approval (docket number 82) filed by the parties on February 8, 2016. According to the motion, "[t]he parties have reached an agreement, subject to court approval, to settle this action on a class-wide basis." The parties ask the Court to "vacate" all pretrial deadlines, including Plaintiffs' February 15 deadline to respond to Defendants' pending motions, and stay further proceedings pending consideration by the Court of motions to approve the settlement agreement and certify the class.

The Court concludes that the deadline for Plaintiffs to respond to Defendants' pending motions should be extended. Rather than vacate all pretrial deadlines and stay further proceedings, however, the Court finds that the deadline for Plaintiffs to respond should be extended to a date certain, with the pretrial deadlines established in the Scheduling Order to remain unchanged. This will give the parties an opportunity to seek Court approval of the settlement agreement and certify the class, but ensure that the case does not pend indefinitely.

## ORDER

IT IS THEREFORE ORDERED that the Motion to Vacate and Stay (docket number 82) filed by the parties is **GRANTED in part** and **DENIED in part** as follows: The deadline for Plaintiffs to respond to Defendants' pending motions is **EXTENDED** to **June 15, 2016**. *All other pretrial deadlines remain unchanged.*

DATED this 9th day of February, 2016.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA