IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>v.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br>ORDER GRANTING DEFENDANTS' UNRESISTED MOTION TO SUBSTITUTE TRANSAMERICA CORPORATION AS A DEFENDANT IN PLACE OF AEGON USA LLC |

This matter comes before the Court on Defendants' Unresisted Motion to Substitute Transamerica Corporation as a Defendant in Place of AEGON USA LLC. For the reasons stated in the motion, the Court finds the relief requested should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Unresisted Motion to Substitute Transamerica Corporation as a Defendant in Place of AEGON USA LLC filed by Defendants is **GRANTED**. Transamerica Corporation is substituted as a Defendant in place of AEGON USA LLC.

DATED this 26th day of April, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA