IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSAMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. C15-0030 <br><br> ORDER SETTING HEARING |

This matter comes before the Court on the Motion for Order Preliminarily Approving Settlement and Certifying Settlement Class (docket number 86) filed by the Plaintiffs on May 20, 2016. The Court finds the motion should be scheduled for hearing.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Order (docket number 86) filed by Plaintiffs shall come on for hearing on **June 9, 2016** at **1:30 p.m.** at the United States Courthouse, Courtroom 3, 4th Floor, 111 7th Avenue SE, Cedar Rapids, Iowa.

DATED this 26th day of May, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA