IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br><br>Judge:     Hon. Edward J. McManus<br>Magistrate:  Hon. Jon S. Scoles |

## MOTION FOR FINAL ORDER APPROVING SETTLEMENT AND ENTERING JUDGMENT

Plaintiffs Lequita Dennard, John Gulo, Terrance Lavela, Kathryn A. Sedlacek, Henry D. Schmoll, and Philip A. Kramer ("Plaintiffs"), plaintiffs in the above-captioned class action lawsuit (the "Action"), respectfully move the Court for entry of a final order approving the Settlement and entry of judgment.

This motion is supported by an accompanying memorandum of law, declaration, and exhibits, including the Settlement Agreement, a proposed preliminary approval order, a proposed class notice, and a proposed final judgment.

1

Dated: September 19, 2016

Todd M. Schneider, *pro hac vice*
Mark T. Johnson, *pro hac vice*
Kyle G. Bates, *pro hac vice*
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery St., Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns, *pro hac vice*
Michael C. McKay, *pro hac vice*
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com

J. Barton Goplerud IA Bar No. AT0002983
HUDSON MALLANEY SHINDLER &
ANDERSON PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
jbgoplerud@hudsonlaw.net

Respectfully submitted,

/S/ Gregory Y. Porter
Gregory Y. Porter, *pro hac vice*
Bailey & Glasser LLP
1054 31st Street, Suite 230
Washington, DC 20007
Tel: 202-463-2101
gporter@baileyglasser.com

Peter K. Stris, *pro hac vice*
STRIS AND MAHER LLP
725 South Figueroa Street
Suite 1830
Los Angeles, CA 90017
Telephone: 213-995-6800
Facsimile: 213-261-0299
peter.stris@strismaher.com

Todd S. Collins, *pro hac vice*
Shanon J. Carson, *pro hac vice*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
tcollins@bm.net
scarson@bm.net

Brad J. Brady
BRADY PRESTON BROWN, PC
2735 First Ave SE
Cedar Rapids, Iowa 52402
Phone: 319-866-9277
Facsimile: 319-866-9280
bbrady@bradyprestonbrown.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September 2016, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send such notification to counsel of record.

        s/ Gregory Y. Porter
        Gregory Y. Porter
        BAILEY & GLASSER LLP
        1054 31st Street, NW, Suite 230
        Washington, DC 20007
        Telephone: (202) 463-2101
        Facsimile: (202) 463-2103
        gporter@baileyglasser.com

        *Attorney for Plaintiffs*