# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGON USA LLC; TRANSAMERICA FINANCIAL LIFE; INSURANCE COMPANY; TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION; KIRK BUESE; RALPH ARNOLD; KEN KLINGER; MARY TAIBER; DIANE MEINERS; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:15-cv-00030-EJM<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTION AWARDS**<br><br>Judge: Hon. Edward J. McManus<br>Magistrate: Hon. Jon S. Scoles |

Pursuant to the Court's Order dated June 24, 2016, preliminarily approving the settlement (Dkt. No. 98), Plaintiffs respectfully move the Court to grant their Unopposed Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards.

Dated: September 19, 2016    Respectfully submitted,

By:   */s/ Gregory Y. Porter*
Gregory Y. Porter (*Pro Hac Vice*)
Gabriel F. Siegle (*Pro Hac Vice*)
James L. Kaufmann (*Pro Hac Vice*)
BAILEY & GLASSER LLP
1054 31st Street, Suite 230
Washington, DC 20007
Telephone: 202-463-2101
Facsimile: 202-463-2103
gporter@baileyglasser.com
gsiegle@baileglasser.com
jkauffman@baileyglasser.com

1

Brad J. Brady (AT0001138)
BRADY PRESTON BROWN PC
2735 First Avenue SE
Cedar Rapids, Iowa 52402
Telephone: 319-866-9277
Facsimile: 319-866-9280
bbrady@bradyprestonbrown.com

J. Barton Goplerud (AT0002983)
HUDSON, MALLANEY,
SHINDLER & ANDERSON, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: 515-223-4567
Facsimile: 515-223-8887
jbgoplerud@hudsonlaw.net

Todd M. Schneider (*Pro Hac Vice*)
Mark T. Johnson (*Pro Hac Vice*)
Kyle G. Bates (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: 415-421-7100
Facsimile: 415-421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns (*Pro Hac Vice*)
Michael C. McKay (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: 480-428-0142
Facsimile: 866-505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Todd S. Collins (*Pro Hac Vice*)
Shanon J. Carson (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

2

Telephone: 800-424-6690
Facsimile: 215-875-4604
tcollins@bm.net
scarson@bm.net

Peter K. Stris (*Pro Hac Vice*)
Brandon S. Maher (*Pro Hac Vice*)
Dana Berkowitz (*Pro Hac Vice*)
Victor A. O'Connell (*Pro Hac Vice*)
STRIS AND MAHER LLP
725 South Figueroa Street, Suite 1830
Los Angeles, California 90017
Telephone: 213-995-6800
Facsimile: 213-261-0299
peter.stris@strismaher.com
brendan.maher@strismaher.com
dana.berkowitz@strismaher.com
victor.oconnell@strismaher.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19th, 2016 I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

>	*/s/ Kelle J. Winter*
>	Kelle J. Winter