*Exhibit 5*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGON USA LLC; TRANSAMERICA FINANCIAL LIFE; INSURANCE COMPANY; TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION; KIRK BUESE; RALPH ARNOLD; KEN KLINGER; MARY TAIBER; DIANE MEINERS; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:15-cv-00030-EJM<br><br>**DECLARATION OF J. BARTON GOPLERUD IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTION AWARDS**<br><br>Judge:    Hon. Edward J. McManus<br>Magistrate:    Hon. Jon S. Scoles |

I, J. Barton Goplerud, declare as follows:

1. I am a partner of the firm Hudson, Mallaney, Shindler & Anderson, PC ("Hudson Mallaney") and one of the attorneys representing the Plaintiffs and class members in the above-entitled action. This declaration is submitted in support of Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards. I have personal knowledge of the facts in this declaration. If called as a witness, I would and could competently testify to these facts.

2. Attached as Exhibit "A" is a firm biography for the Hudson Mallaney law firm.

3. From the inception of this litigation, counsel for plaintiffs have aggressively and vigorously prosecuted this case and represented the best interests of Plaintiffs and the Class.

1

4. My firm assisted in the prosecution of this action by conducting legal and factual research relating to all of the allegations in the complaint, drafting the complaint, meeting and discussing the allegations in the complaint with the named plaintiffs, drafting and editing briefs, participating settlement mediations, working with co-counsel, reviewing documents produced by Defendants, and participating in expert-related litigation activities, among many other things.

5. The total number of hours spent on the litigation by my firm is 87. The total lodestar amount for attorney/professional time based on the firm's rate is $40,385.00. The hourly rate set forth in the chart below for the attorneys are the regular rates for their services in similar litigation such as this one. A breakdown of the lodestar is as follows:

|                    | **Total Hours** | **Hourly Rate** | **Lodestar** |
| ------------------ | --------------- | --------------- | ------------ |
| J. Barton Goplerud | 82.3            | $475.00         | $39,092.50   |
| Brian Marty        | 4.7             | $275.00         | $1,292.50    |
| **Grand Total:**   | **87**          | **$750.00**     | **$40,385.00** |

6. Hudson Mallaney has incurred a total of $XXXX.xx in expenses in the connection with the prosecution of this litigation. They are broken down as follows:

| **Expense Category**       | **Total**   |
| -------------------------- | ----------- |
| Travel/Mediation Expenses  | $1,944.53   |
| **Grand Total:**           | **$1,944.53** |

7. The expenses pertaining to this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of September, 2016 at West Des Moines, Iowa.

>Respectfully submitted,
>
>By: */s/ J. Barton Goplerud*
>    J. Barton Goplerud

3

*Exhibit "A"*



# Hudson, Mallaney, Shindler & Anderson P.C.

## Our Location
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
Phone: 515-223-4567
Toll Free: 866-916-9127
Fax: 515-223-8887
Web: www.hudsonlaw.net

## Our Practice
     Our attorneys provide a broad range of legal services to individuals and business clients throughout the Midwest. Our practice areas include family law, real estate, personal injury, banking and finance, personal bankruptcy and business bankruptcy, alternative dispute resolution (ADR), appeals, health care law, consumer fraud, insurance law, wage and hour violations, medical malpractice, business and corporate law, products liability, agricultural law, commercial litigation, workers' compensation, employment law, sports and leisure law, and entertainment law.

# OUR ATTORNEYS

## Roger J Hudson Sr. (1943-2016)
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887

### Biography
Roger practiced law in the Des Moines area since 1972 and was well known as a zealous advocate for his clients. Roger represented clients in family law, employment, real estate, and personal injury cases. He was licensed to practice in all Iowa State and federal courts and was a member of the American Bar Association, Iowa State Bar Association, Polk County Bar Association, American Association for Justice, and Iowa Association for Justice. Roger earned his bachelor's degree from Drake University in 1969 and his law degree from Drake University in 1972.

### Areas of Practice
Divorce
Employment Law—Employee
Family Law
Personal Injury—Plaintiff
Real Estate Law

### Education
Drake University Law School, Des Moines, Iowa
    J.D.—1972
Drake University
    B.A.—1969


## Michael P. Mallaney
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: mpmallaney@hudsonlaw.net

### Biography
Mike represents clients in commercial, bankruptcy, antitrust, agriculture, and administrative law cases. Mike is licensed to practice in all Iowa State and federal courts and is a

member of the American Bar Association and the Polk County Bar Association. Mike earned his bachelor's degree from Eastern Illinois University in 1972, his master's degree from Eastern Illinois University in 1975, and his law degree from Drake University in 1979. He served as law clerk for Bankruptcy Judge Richard F. Stageman in the U.S. Bankruptcy Court for the Southern District of Iowa from 1980 to 1982.

## Areas of Practice
Agriculture Law
Antitrust & Trade Regulation
Bankruptcy Law
Government Agencies & Programs

## Education
Drake University Law School, Des Moines, Iowa
    J.D.—1979
    Honors: With Honors
    Law Review: Drake Law Review, 1978 – 1979
Eastern Illinois University, Charleston, Illinois
    M.A.—1975
Eastern Illinois University, Charleston, Illinois
    B.S.—1972
    Major: History

# Steven H. Shindler
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: shin@hudsonlaw.net

## Biography
    Steve brings his strong passion when he represents many diverse individuals as they face life altering events. For over thirty years, together with his clients Steve works hard at crafting remedies that help solve people's current problems and provide future solutions, whether it be through alternative dispute resolution or litigation.
Away from the practice of law, Steve has served on several different Boards including the West Des Moines Little League, Holliday Park Baseball Club Boards and Glen Oaks Country Club. He has been active with coaching youth baseball and has been involved as a volunteer with the West Des Moines Valley High School baseball program.

## Areas of Practice
Divorce
Entertainment, Sports & Leisure Law

Family Law
Health & Health Care Law
Personal Injury—Plaintiff
Professional Malpractice Law
Civil Rights Claims

## Education
California Western School of Law, San Diego, California
    J.D.—1982
    Order of Barristers
    National Moot Court
Drake University, Des Moines, Iowa
    B.A.—1977

# Frederick B. Anderson
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: anderson@hudsonlaw.net

## Biography
    Mr. Anderson has been in private practice since 1977 in West Des Moines, Iowa. He represents many small and medium sized companies throughout Iowa that do business locally and internationally. He has extensive litigation experience in all Iowa and federal courts, and all arbitration and mediation forums.

Mr. Anderson is a member of several organizations including the Iowa Bar Association, Polk County Bar Association, Academy of Iowa Trial Attorneys and Iowa Trial Lawyers Association. He has been Chairman of the Lawyer Referral Committee of the Iowa Bar Association, a member of the Grievance Commission of the Supreme Court of Iowa and a member of the Clive Planning and Zoning Commission. He has coached high school and junior high school mock trial teams for several years. He was Clive Iowa outstanding citizen in 2001. Fred resides in West Des Moines, Iowa, with his wife, Vicki.

## Areas of Practice
Contracts and Business
Corporate Law
Mergers & Acquisitions
Securities
Real Estate

Litigation
Trial law
Personal Injury
Alternate Dispute Resolution
Wills and Trusts
Estate Planning
Probate Law
Employment Law

**Education**
Drake University Law School, Des Moines, Iowa
	J.D.—1977
	Honors: Order of the Coif
	Honors: With Honors
	Honors: Drake Legal Research, 1975–77, Editor
	Law Review: Drake University Law Review, 1975–1977
University of Minnesota, Duluth, Minnesota
	B.A. *magna cum laude*—1974
	Honors: With Honors
	Major: Political Science
	Minor: Economics and Business

# J. Barton Goplerud
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: jbgoplerud@hudsonlaw.net

**Biography**
	Bart represents clients in class action, personal injury, medical malpractice, product liability, and workers' compensation cases. He is licensed to practice in all Iowa State and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, and the American Association for Justice. Bart earned his bachelor's degree from the University of Iowa in 1982 and his law degree from Drake University in 1990. Bart and his wife Leslie live in Booneville.

**Areas of Practice**
Wrongful Death
Medical Malpractice Law
Misdiagnosis
Surgical Mistake
Personal Injury
Automobile Accidents

Slip and Fall
Products Liability Law
Workers' Compensation
Consumer Protection Law
Litigation
Wage and Hour Violation
Class Action/Anti-Trust Violation

## Education

Drake University Law School, Des Moines, Iowa
    J.D.—1990
        Honors: Order of the Coif
        Law Review: Drake Law Review, Editor
University of Iowa, Iowa City, Iowa
    B.A.—1982

# Ryan E. Weese

Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: rweese@hudsonlaw.net

## Biography

Mr. Weese began his private practice over thirteen years ago. He represents clients throughout the state in a variety of domestic situations that include child custody disputes, property distribution, business valuation and division, farm property, alimony, child support, and all other aspects concerning divorce and the related areas of practice. Mr. Weese has also engaged in representation of plaintiffs and defendants in medical malpractice, personal injury, criminal and employment discrimination cases. His clients include individual clients struggling through a dissolution of marriage to corporate clients trying to succeed in their respective businesses.
Mr. Weese is a current fellow of the American Academy of Matrimonial Lawyers (AAML) since 2013 and has received a variety of awards for his quality representation and hard work. Those awards include, but are not limited to, Super Lawyers—Rising Star; Top 100 Trial Attorneys (National Trial Lawyers); Top 10 Family Law Attorney (National Academy of Family Law Attorneys); and the other awards set forth below.
In his free time, Mr. Weese enjoys spending time with his family who reside in West Des Moines. He is also actively involved in several athletic endeavors and has coached baseball for several years in West Des Moines and in Mason City.

## Areas of Practice

Family Law
Trial Law
Medical Malpractice
Juvenile Law
Civil Rights and Discrimination
Personal Injury

## Education
Drake University Law School, Des Moines, Iowa
    J.D.—2001
Drake University, Des Moines, Iowa
    B.S. *magna cum laude*—1998

## Andrew B. Howie
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: ahowie@hudsonlaw.net

## Biography

    Andrew B. Howie is a shareholder with the firm of Hudson, Mallaney, Shindler & Anderson, P.C. He earned his Bachelor's Degree from Wartburg College in Waverly, Iowa, in 1993, and his J.D. with distinction from the University of Iowa in 1996. He is licensed to practice in Iowa (1996), the Northern and Southern Districts of the U.S. District Court of Iowa (1996), Eighth Circuit of the U.S. Court of Appeals (1996), and the U.S. Supreme Court (1999). After graduating from law school in 1996, he served as a clerk for the Iowa District Court in Burlington for a year. Mr. Howie has practiced in Polk County since 1997.

He primarily practices in appellate law, having appeared in over 160 rulings from Federal and Iowa's appellate courts, and hundreds of family law cases in trial court. He has been a member of the Iowa State Bar Association's Family and Juvenile Law Section since 2002, having served as its Chair (2009–10), Vice-chair (2008–09), and chair of its Forms and Practice subcommittee (2004–08, 2010–present). He been a member of Iowa State Bar Association's Appellate Practice Committee since 2004 and served as its Chair from 2012 to 2013.

He authored the Iowa State Bar Association's "Family Law Manual", published in 2008, 2012, and 2015, which is primary tool for judges and attorneys throughout Iowa.

## Areas of Practice
Divorce
Family Law

Litigation & Appeals
Personal Injury—Plaintiff

**Education**
University of Iowa College of Law, Iowa City, Iowa
    J.D.—1996
        Honors: With Distinction
        Honors: Moot Court Board
Wartburg College, Waverly, IA
    B.A.—1993
        Major: Political Science


# Peter J. Rolwes
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: prolwes@hudsonlaw.net

**Biography**
      Pete has been in private practice in West Des Moines, Iowa, since 2007. He represents individual and corporate clients located throughout Iowa or doing business in Iowa in a variety of legal matters including, business and corporate law, personal injury, bankruptcy, estate planning and probate, real estate, and civil litigation. Pete has litigated numerous cases in all Iowa and federal courts as well as in arbitration. He is also a frequent speaker at local colleges and churches on various legal topics.
Outside of work, Pete is on the board of the Des Moines Curling Club, the Iowa Curling Association, and the alumni board of Sigma Alpha Epsilon fraternity. Pete also serves as a small group host at Lutheran Church of Hope in West Des Moines and volunteers with various charities. In his free time, he enjoys golfing, running, and is involved in several rec leagues. Pete lives in Waukee, Iowa, with his wife, Jessica.

**Areas of Practice**
Wills, Trusts, Estate Planning & Probate Law
Bankruptcy
Business Law
Corporate Law
Commercial Law
Contracts
Trademarks & Copyright Law
Non Profit Law

Real Estate
Collections Law
Employment Law
Litigation
Personal Injury
Lemon Law

## Education
Drake University Law School, Des Moines, Iowa
    J.D.—2007
    High Honors
    Law Review: Drake Law Review
Drake University College of Business and Public Administration, Des Moines, Iowa
    M.B.A.—2007
    Beta Gamma Sigma
Simpson College, Indianola, Iowa
    B.A. *magna cum laude*—2004
    Major: Business Management

## Tara L. Hofbauer
Shareholder
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: thofbauer@hudsonlaw.net

## Biography
    Tara brings a true competitive nature to her clients while helping them navigate through difficult times. Clients are drawn to Tara's passionate advocacy and honesty from the first meeting. Tara derives a deep satisfaction from arming potential clients with the proper tools to ready themselves for litigation. Tara's experience as a criminal prosecutor brings a unique perspective to family law. She has tried cases in various courtrooms throughout the State of Iowa. Tara practices primarily in the areas of divorce, child custody, visitation and child support litigation; criminal defense–from traffic tickets to felonies; and personal injury.
Tara received her Bachelor of Science from Iowa State University in 2004, majoring in English, with an emphasis in rhetorical studies. While at Iowa State, she was able to attend an intensive foreign language program at the Universidad Internacional in Cuernavaca, Morelos, Mexico. She earned her Juris Doctorate from Drake University Law School in December 2006 and sat for the February 2007 bar exam. Prior to joining the firm in January of 2012, Tara was an Assistant Marshall County Attorney in Marshalltown, Iowa. While prosecuting, Tara also served on the Board of Directors at Child Abuse Prevention Services.

## Areas of Practice
Family Law
Divorce
Custody
Visitation
Child Support
Criminal Defense
Personal Injury
Litigation

## Education
Drake University Law School, Des Moines, Iowa
      Juris Doctor—2006
      Honors: With Honors
Iowa State University, Ames, Iowa
      B.S., Bachelor of Science
      Honors: With Distinction
      Major: English, emphasis in Rhetorical Studies

# Brian O. Marty
Associate
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: bmarty@hudsonlaw.net

## Biography
      Brian Marty is an attorney with Hudson, Mallaney, Shindler & Anderson, P.C. He represents clients in personal injury, workers' compensation, medical malpractice, product liability, and bankruptcy cases. He is licensed to practice in Iowa and Montana state and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, the Polk County Bar Association, and the Iowa Association for Justice. Brian earned his bachelor's degree from the University of North Dakota in 2007 and his law degree from the University of St. Thomas School of Law in 2010. He previously practiced in Billings, Montana. Brian and his wife Megan and their daughter live in West Des Moines.

## Areas of Practice

Personal Injury
Motor Vehicle Accidents
Slip and Fall
Medical Malpractice
Product Liability
Workers' Compensation
Bankruptcy
Class Action

## Education

University of St. Thomas School of Law, Minneapolis, MN
    Juris Doctor, *summa cum laude*—2010
    Law Review: University of St. Thomas Law Review
University of North Dakota, Grand Forks, North Dakota
    Bachelor of Business Administration, *summa cum laude*—2007
    Major: Aviation Management

# Katie L. Gallo

Associate
Local: 515-223-4567 | Toll Free: 866-916-9127
Fax: 515-223-8887
Email: kgallo@hudsonlaw.net

## Biography

    Katie has spent her professional life devoted to helping those in need, often when facing uncertain times because of family turmoil. Prior to joining Hudson, Mallaney, Shindler & Anderson, Katie was the in house counsel for a local youth services agency in Des Moines. Her passion for assisting those in need, especially children and families, makes Katie's empathy a key ingredient of her representation. Katie's empathy and strong work ethic make her and her clients achieve favorable results.

Katie has been zealously representing clients in the Des Moines area since 2009. She practices primarily in the areas of divorce, child custody, visitation, child support, juvenile law, and litigation.

Katie received her Bachelor of Arts from the University of Iowa in 2006, majoring in Psychology and minoring in Political Science. She obtained her Juris Doctorate from Drake University Law School in 2009. Katie is a member of several organizations including the Iowa Bar Association, Polk County Bar Association, Iowa Organization of Women Attorney, and Polk County Women Attorneys. Katie Resides in Urbandale, Iowa, with her husband.

## Areas of Practice

Family Law
Juvenile Law
Divorce
Custody
Visitation
Child Support
Litigation


**<u>Education</u>**
Drake University Law School, Des Moines, Iowa
    J.D.—2009
    Honors: With Honors
University of Iowa, Iowa City, Iowa
    B.A.—2006
    Honors: Cum Laude
    Major: Psychology
    Minor: Political Science