IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,

Plaintiffs,

vs.

TRANSAMERICA CORPORATION, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,

Defendants.

No. C15-0030

ORDER SETTING HEARING

The Motion for Final Order Approving Settlement and Entering Judgment (docket number 102) and the Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards (docket number 107), both filed by Plaintiffs on September 19, 2016, shall come on for hearing on **October 19, 2016** at **9:00 a.m.** at the United States Courthouse, Courtroom 3, 4th Floor, 111 7th Avenue SE, Cedar Rapids, Iowa.

IT IS SO ORDERED.

DATED this 21st day of September, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA