IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PHILIP KRAMER, individually and on Behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>AEGON USA LLC, TRANSAMERICA FINANCIAL LIFE INSURANCE, et al.<br><br>Defendant(s). | No. 1:15-cv-00031<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Ellen T. Noteware, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff, Philip Kramer. Ellen T. Noteware states that she is a member in good standing of the Supreme Court of Pennsylvania, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ellen T. Noteware further states she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with J. Barton Goplerud, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case on behalf of Plaintiff, Philip A. Kramer by April 7, 2015.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached hereto as Exhibit A.*

Dated: September 27, 2016

Respectfully submitted:

By: _____
J. Barton Goplerud
HUDSON, MALLANEY, SHINDLER
& ANDERSON, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
jbgoplerud@hudsonlaw.net