IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA CORPORATION, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C15-0030<br><br>REPORT AND RECOMMENDATION |

On the 19th day of October 2016, this matter came on for hearing on the Motion for Final Order Approving Settlement and Entering Judgment (docket number 102) and the Unopposed Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards (docket number 107), both filed by the Plaintiffs on September 19, 2016. Plaintiffs were represented by their attorneys, Gregory Y. Porter, Ellen T. Noteware, J. Barton Goplerud, Michael C. McKay, and Brad J. Brady. Defendants were represented by their attorneys, Christopher B. Craig and Wilford H. Stone.

Plaintiffs ask the Court to approve the proposed Settlement Agreement reached between the parties in this case. Appropriate notice was given to all class members and no objections were noted. The proposed settlement is fair, reasonable, adequate, and in the best interests of the class members. I have carefully considered the proposed

Settlement Agreement, Plaintiffs' memorandum of law in support of their motion for final approval, and the various attachments. I have also carefully considered the arguments made by Plaintiffs' counsel during the hearing on October 19. I respectfully recommend that the proposed "Judgment Approving Settlement of Class Action" (docket number 103-11) be adopted and filed as an order of the Court.

I have also carefully considered Plaintiffs' motion for approval of attorneys' fees. Plaintiffs ask the Court to approve a fee in the amount of $1,266.666.00, representing one-third of the cash settlement reached in this case. Plaintiffs' counsel incurred a total lodestar fee of $907,567.50. Given the complexity of the action and the risk of nonrecovery, I believe a 1.4 multiplier over the lodestar fee is appropriate in this case. I respectfully recommend that Plaintiffs' motion for approval of attorney fees, expenses, and case contribution awards be granted.

## RECOMMENDATION

For the reasons stated in the respective motions, supporting documents, and the record made at the hearing, I respectfully **RECOMMEND** that the Court grant both motions, adopt the "Judgment Approving Settlement of Class Action" (docket number 103-11), and enter a separate order granting Plaintiffs's motion for attorney fees, expenses, and case contribution awards.

DATED this 24th day of October, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA