IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, et al, | )<br>)<br>) |
| Plaintiffs, | ) No. C15-30 EJM |
| vs. | )<br>) JUDGMENT IN A CIVIL CASE |
| TRANSAMERICA CORPORATION, et al., | )<br>)<br>) |
| Defendant. | )<br>) |

**DECISION BY COURT:** This action came on for decision before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_/s/ Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

Dated: October 28, 2016

Dated: 10/28/2016

ROBERT L. PHELPS
Clerk

_/s/ K. Jorgensen_
(By) Deputy Clerk