IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEQUITA DENNARD, JOHN GULO, TERRANCE LAVELA, KATHRYN A. SEDLACEK, HENRY D. SCHMOLL, and PHILIP A. KRAMER,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA CORPORATION, TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION, KIRK BUESE, RALPH ARNOLD, KEN KLINGER, MARY TAIBER, DIANE MEINERS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00030-EJM<br><br><br><br><br>**PLAINTIFFS' SATISFACTION OF JUDGMENT** |

Plaintiffs, by and through the undersigned counsel, acknowledge full and complete payment and satisfaction of all obligations contained under the settlement agreement, and the October 28, 2016, Order approving the settlement and attorney's fees. Plaintiffs satisfy the judgment of record.

    /s/ Todd M. Schneider
Todd M. Schneider (Pro Hac Vice)
Mark T. Johnson (Pro Hac Vice)
Kyle G. Bates (Pro Hac Vice)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA  94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

Gregory Y. Porter (Pro Hac Vice)
Gabriel F. Siegle (Pro Hac Vice)
James L. Kaufmann (Pro Hac Vice)
BAILEY & GLASSER, LLP
1054 31st Street, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
gsiegle@baileyglasser.com
jkauffman@baileyglasser.com


Brad J. Brady (AT0001138)
BRADY PRESTON BROWN, PC
2735 First Avenue SE
Cedar Rapids, IA 52402
Telephone: (319) 866-9277
Facsimile: (319) 866-9280
bbrady@bradyprestonbrown.com


J. Barton Goplerud (AT0002983)
HUDSON, MALLANEY, SHINDLER
& ANDERSON, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
jbgoplerud@hudsonlaw.net


Todd S. Collins (Pro Hac Vice)
Shanon J. Carson (Pro Hac Vice)
BERGER & MONTAGUE, PC
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (800) 424-6690
Facsimile: (215) 875-4604
tcollins@bm.net
scarson@bm.net

Peter K. Stris (Pro Hac Vice)
Brandon S. Maher (Pro Hac Vice)
Dana Berkowitz (Pro Hac Vice)
Victor A. O'Connell (Pro Hac Vice)
STRIS AND MAHER, LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
Peter.stris@strismaher.com
Brendan.maher@strismaher.com
Dana.berkowitz@strismaher.com
Victor.oconnell@strismaher.com

ATTORNEYS FOR PLAINTIFFS